The People of the State of Illinois, defendant in error, v. Thomas Lammerts, plaintiff in error. Gen. No. 7,611.
Prosecution for violation of Prohibition Act. Judgment of conviction. Error to the County Court of Warren county; the Hon. Clinton M. Huey, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed September 15, 1926.
Charles E. Lauder and Frederick H. Lauder, for plaintiff in error. Henry D. Lewis, State's Attorney, for defendant in error.
Mr. Justice Jones delivered the opinion of the court.

---

Henry National Bank, appellee, v. W. A. Rowe, appellant. Gen. No. 7,643.
Action upon promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. George C. Hillyer, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed September 15, 1926.
Wallace J. Black and Clyde M. West, for appellant. Daily, McCormick & Radley, for appellee; R. H. Radley and Emerson T. Anthony, of counsel.
Mr. Justice Jones delivered the opinion of the court.

---

Charles Dickerson, appellant, v. Rachel Reed et al., appellees. Gen. No. 7,662.
Bill to set aside release of mortgage and for foreclosure thereof. Decree for defendants. Appeal from the Circuit Court of Warren county; the Hon. George C. Hillyer, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed September 15, 1926.
R. C. Hunt, for appellant. Erle P. Field, Charles E. Lauder and Frederick H. Lauder, for appellees.
Mr. Justice Jones delivered the opinion of the court.

---

Isaac Thomason, appellee, v. Central Illinois Public Service Company, appellant. Gen. No. 7,645.
Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed September 18, 1926.
Vause & Kiger, for appellant; A. F. Goodyear, of counsel. Dyer & Dyer and J. W. Kern, for appellee.
Mr. Justice Jett delivered the opinion of the court.

---

Ambia School of Hickory Grove Township of Benton County, Indiana, appellant, v. Non-High School District of Iroquois County, Illinois, appellee. Gen. No. 7,606.
Assumpsit for tuition of pupils living in nonhigh school district. Bill in equity to same effect. Decree for defendant. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the June term, 1925. Affirmed. Opinion filed September 25, 1926.
A. F. Goodyear and Robert F. Goodyear, for appellant; Otto Gresham, of counsel. Free P. Morris, Roscoe C. South and Claude N. Saum, for appellee.
Mr. Justice Jones delivered the opinion of the court.